UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CHRISTOPHER GODSON, on behalf of himself and all others similarly situated | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Case No. 1:15-mc-00097-TWP-DML |
| ELTMAN, ELTMAN & COOPER, P.C. and LVNV FUNDING, LLC., | ) ) ) ) |
| Defendants. | ) |

**ENTRY ON PENDING MOTIONS**

Several matters are pending before the Court that relate the Magistrate Judge's Order Granting LVNV Funding's Motion to Quash a subpoena seeking production of transcripts, video recordings and exhibits from depositions taken in another matter, *Cox v. Sherman Capital LLC, et al.*, Case No. 1:12-cv-01654-TWP-MJD. (*See* Filing No. 11). On March 18, 2016, following the Magistrate Judge's Order, Plaintiff Christopher Godson ("Godson") filed Plaintiff/Respondent Christopher Godson's Objections to the Order of the Honorable Debra McVicker Lynch Granting Defendant/Movant LVNV Funding, LLC's Motion to Quash. (Filing No. 12). A few days later, on March 23, 2016 Godson filed a pleading titled Notice of Plaintiff/Respondent Christopher Godson's Motion to Stay Briefing and Consideration of Appeal of Magistrate Judge's Decision (ECF#12) Pending Plaintiff/Respondent's Motion for Reconsideration. (Filing No. 14).

Then, on April 5, 2016 Godson made a series of confusing filings. First he filed a pleading titled: Notice of Plaintiff/Respondent Christopher Godson's Motion for Reconsideration of Order of the Honorable Debra McVicker Lynch Granting Defendant/Movant LVNV Funding, LLC's Motion to Quash using the caption United States District Court, Western District of New York,

Case No. 11-cv-0764. (Filing No. 18). Then Godson filed a pleading titled: Notice of Plaintiff/Respondent Christopher Godson's Motion for Reconsideration of Order of the Honorable Debra McVicker Lynch Granting Defendant/Movant LVNV Funding, LLC's Motion to Quash. (Filing No. 19). And that same day, Godson filed a third pleading titled: Notice of Plaintiff/Respondent Christopher Godson's Motion to Withdraw Document 18 from the Electronic Docket (Filing No. 20).

The Court rules as follows:

1. Filing No. 20, The Motion to Withdraw the filing of Docket No. 18 is **GRANTED.** This filing was obviously made in error as it is directed to the Western District of New York.

2. Godson cannot simultaneously request that the District Judge and Magistrate Judge Consider/Reconsider the same Order. Filing No. 19, the Motion for Reconsideration directed to the Magistrate Judge will be the operative motion to be briefed by the parties.

3. Filing No. 12, the Appeal of the Magistrate Judge Decision to the District Court and Filing No. 14, the Motion to Stay are **DENIED** as moot.

**SO ORDERED.**

Date: 4/7/2016

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

DISTRIBUTION:

Brian Lewis Bromberg
BROMBERG LAW OFFICE PC
brian@bromberglawoffice.com,jonathan@bromberglawoffice.com

Nabil G. Foster
HINSHAW & CULBERTSON, LLP
nfoster@hinshawlaw.com

2